[No. 26506-4-III.   Division Three.   September 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI ANN GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00486-9, Evan E. Sperline, J., entered October 1, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 59786-8-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SAGA MAIAVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04927-4, Theresa B. Doyle, J., entered January 29, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59799-0-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY XAVIER JORGENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05499-5, Linda Lau, J., entered February 23, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59907-1-I.   Division One.   September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON MANARY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03606-5, Dean Scott Lum, J., entered April 2, 2007. *Affirmed* by unpublished per curiam opinion.